IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| WALTER STILLWELL | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 9:16-CV-61 |
| BRAD LIVINGSTON, *et al.*, | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Walter Stillwell, a prisoner confined at the Polunsky Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights complaint pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends Plaintiff's Motion for Leave to Amend (docket entry no. 39) be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED.**

**So Ordered and Signed**
**Mar 8, 2018**

_____
Ron Clark, United States District Judge

---

[1] Plaintiff received a copy of the Report and Recommendation on February 6, 2018 (docket entry no. 54). Plaintiff sought an extension to file objections which was granted (docket entry no. 57). The objections were due March 6, 2018.