IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| WALTER STILLWELL | § | |
| VS. | § | CIVIL ACTION NO. 9:16-CV-61 |
| BRAD LIVINGSTON, *et al.*, | § | |

<u>MEMORANDUM OPINION AND ORDER</u>

Plaintiff, Walter Stillwell, a prisoner confined at the Polunsky Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed the above-referenced civil rights action pursuant to the Religious Land Use and Institutionalized Persons Act ("RLUIPA"), 42 U.S.C. § 2000cc-1(a) and 42 U.S.C. § 1983 against defendants Collier, Davis, Livingston, Stephens, Drum, Harris and Langley.

On April 24, 2019, the Magistrate Judge to whom this case was referred filed a Report and Recommendation, recommending all of plaintiff's claims be dismissed except for plaintiff's RLUIPA claims against defendants Collier and Davis for declaratory and injunctive relief (docket entry no. 63). On that same day, Magistrate Judge Zack Hawthorn entered an order requiring defendants Collier and Davis file a brief within twenty (20) days outlining the application of the injunction entered in *Ali v. Stephens* in the above-referenced case (docket entry no. 62). 822 F.3d 776, 793 (5th Cir. 2016). Plaintiff received a copy of the Report and Recommendation on May 1, 2019 (docket entry no. 64). On May 10, 2019, plaintiff filed a motion to voluntarily dismiss this suit (docket entry no. 65).

<u>ORDER</u>

It is, therefore, **ORDERED** that Plaintiff's Motion to Voluntarily Dismiss (docket entry no. 65) is **GRANTED**..

**So Ordered and Signed**

**May 21, 2019**

_____
Ron Clark, Senior District Judge